# Court of Appeals
# of the State of Georgia

ATLANTA,  September 03, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0243. LISA STEWARD v. MRS. FIELDS COOKIES.**

In this direct appeal, Lisa Steward seeks review of the superior court's affirmance of a decision of the State Board of Workers' Compensation ("the Board").[1] However, an appeal from a decision of the superior court reviewing a decision of the Board must be brought by application for discretionary appeal. See OCGA § 5-6-35 (a) (1); *Adivari v. Sears, Roebuck & Co.*, 221 Ga. App. 279 (471 SE2d 59) (1996). Because Steward failed to follow the proper appellate procedure, this appeal is hereby DISMISSED for lack of jurisdiction. See *Adivari*, supra.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/03/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] The Board's decision was affirmed by operation of law, because the superior court did not issue a ruling within 20 days of a February 25, 2019 hearing there. See OCGA § 34-9-105 (b). The superior court's order recognized this and ordered that the case be closed.